IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE SEARCH OF INFORMATION ASSOCIATED WITH TARGET FACEBOOK ACCOUNT, AS DESCRIBED IN THE AFFIDAVIT OF SPECIAL AGENT CLAY TRIPPI, THAT IS STORED AT PREMISES CONTROLLED BY META PLATFORMS, INC. | MISC. NO.:__3:23-cr-00014__ |

## NONDISCLOSURE ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Meta Platforms, Inc., an electronic communications service provider and/or a remote computing service, not to notify any person (including the subscriber or customer of the account(s) listed in the caption) of the existence of the attached search warrant in the above captioned matter.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving the target an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b).

The Court further finds that sealing the application and order in this matter is appropriate. There is no First Amendment right of access to pre-indictment investigative matters. *In re Application of the U.S. for an Order Pursuant to 18 U.S.C. § 2703(d)*, 707 F.3d 283, 295 (4th Cir. 2013). Having conducted an independent review of the reasons justifying sealing as stated in the Government's Application, the Court concludes that the Government's significant



countervailing interest in sealing outweighs any common-law public interest in access to the Application and this Order and that sealing these documents is "essential to preserve higher values." *See Media Gen. Operations, Inc. v. Buchanan*, 417 F.3d 424, 429-31 (4th Cir. 2005).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Meta Platforms, Inc. shall not disclose the existence of the attached search warrant or this Order of the Court to the listed subscriber or to any other persons for a period of one year from this Order or such other time period set by subsequent Order of the Court, except that Meta Platforms, Inc. may disclose the information to an attorney for Meta Platforms, Inc. for the purpose of receiving legal advice.


IT IS SO ORDERED.

HONORABLE PAIGE JONES GOSSETT
UNITED STATES MAGISTRATE JUDGE

December 2, 2022
Columbia, South Carolina