AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Information Associated with the TARGET FACEBOOK ACCOUNT that is Stored at Premises Controlled by Meta Platforms, Inc. | ) ) ) ) ) ) ) Case No.  3:23-cr-00014 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Information associated with TARGET FACEBOOK ACCOUNT, as set forth more fully in the affidavit of Special Agent Clay Trippi and Attachment A thereto, which is stored at premises controlled by Meta Platforms, Inc.

located in the     Northern     District of     California     , there is now concealed *(identify the person or describe the property to be seized)*:

Information associated with TARGET FACEBOOK ACCOUNT that constitutes evidence of violations of law set forth below, as more fully described in Attachment B to the affidavit of Special Agent Clay Trippi.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 249 | Hate Crimes Act. |
| 18 U.S.C. § 1512(b), (k) | Witness Tampering and Conspiracy |
| 18 U.S.C. § 1512(c)(1) | Tampering with Documents or Proceedings |

The application is based on these facts:
See attached affidavit of Special Agent Clay Trippi.

☑ Continued on the attached sheet.
☑ Delayed notice of  30  days *(give exact ending date if more than 30 days:        )* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Clay Trippi, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
     FaceTime          *(specify reliable electronic means)*.

Date: December 2, 2022

*Judge's signature*

City and state:  Columbia, South Carolina          Paige Jones Gossett, U.S. Magistrate Judge
*Printed name and title*